CAPITOL CAB CORPORATION, Appellant, *v.* JOHN W. ANDERSON, Respondent.

Supreme Court, Appellate Term, First Department, March 23, 1950.

*Joseph P. Axler* for appellant.

*William L. Shumate* for respondent.

Order affirmed, with $25 costs. Appeal from order of June 17, 1948, dismissed.

Concur: HAMMER, PECORA and EDER, JJ.